IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARISSA AUGUST, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>MCKESSON CORPORATION & SMITHKLINE BEECHAM CORPORATION,<br><br>       Defendants.<br>_____/ | No. C 13-3103 CW<br><br>ORDER DENYING MOTION TO LIFT STAY (Docket No. 13) |

This action is currently stayed pending transfer by the Judicial Panel on Multidistrict Litigation.  Plaintiffs move to lift the stay and seek leave to file a motion to remand.  Because Plaintiffs have not presented any compelling reason to lift the stay, their motion is DENIED.  Plaintiffs may not file a motion to remand in this Court until the stay has been lifted.

    IT IS SO ORDERED.

Dated: 7/25/2013

CLAUDIA WILKEN
United States District Judge